[No. 17774–5–I.   Division One.   January 13, 1988.]

RONALD L. RICHTER, *Appellant,* v. DONALD J. TRIMBERGER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–13576–1, Robert E. Dixon, J., entered December 31, 1985. *Affirmed* by unpublished opinion per

Coleman, J., concurred in by Scholfield, C.J., and Grosse, J. Now published at 50 Wn. App. 780.